UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
**OCALA DIVISION**

PIERRE FRANCOIS,

Plaintiff,

v().                                                    Case No. 5:24-cv-00193-JSM-PRL

TNC (US) HOLDINGS, INC.

Defendant.
_____/

**PLAINTIFF'S EXPERT DISCLOSURES**

Plaintiff, Pierre Francois, by and through the undersigned attorney, files these expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) and the scheduling order entered by the Court:

1. Plaintiff's Fed. R. Civ. P. 26(a)(2)(C): Yolanda Joseph.
   Life Stance Health
   260 Lookout Place, Suites 101 & 202
   Maitland, FL 32751

Ms. Joseph will testify to Plaintiff's treatment with their facility for his mental health condition as well as any diagnoses and evaluations. She will testify to his trauma and prescriptions. She may use any document produced or offered as an exhibit, including those which may not have

been disclosed to date, and the transcript of any hearing or deposition taken in this action. Ms. Joseph may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding her testimony. She may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiffs reserve the right to present testimony concerning any matter set forth herein.

    2.    Plaintiff's Fed. R. Civ. P. 26(a)(2)(C): Mr. Lavell.
Life Stance Health
260 Lookout Place, Suites 101 & 202
Maitland, FL 32751

Mr. Lavell will testify to Plaintiff's treatment with their facility for his mental health condition as well as any diagnoses and evaluations. He will testify to his trauma and prescriptions. He may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Mr. Lavell may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding her testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiffs reserve the right to present testimony concerning any matter set forth herein.

Respectfully submitted,

THE WASHINGTON TRIAL GROUP, PLLC

By: **/s/ Ka'Juel Washington**
KA'JUEL J. WASHINGTON, ESQ.
Florida Bar No. 22125
37 N. Orange Ave., Suite 500
Orlando, Florida 32801
Tel. (407) 606-5715
Fax: (407) 236-0430

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

By: **/s/ Ka'Juel J. Washington**
KA'JUEL J. WASHINGTON
Florida Bar No. 22125