UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
**OCALA DIVISION**

PIERRE FRANCOIS,

Plaintiff,

v.                                                      Case No. 5:24-cv-00193-JSM-PRL

TNC (US) HOLDINGS, INC.

Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Pierre Francois, by and through the undersigned attorney, pursuant to Local Rule 3.09(a), respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims.
2. The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court once the terms have been met.

Respectfully submitted,

THE WASHINGTON TRIAL GROUP, PLLC

**/s/ Ka'Juel Washington**

By:_____

KA'JUEL J. WASHINGTON, ESQ.
Florida Bar No. 22125
37 N. Orange Ave., Suite 500
Orlando, Florida 32801
Tel. (407) 606-5715
Fax: (407) 236-0430

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of December 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

**/s/ Ka'Juel J. Washington**

By:_____

KA'JUEL J. WASHINGTON
Florida Bar No. 22125